DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

PATRICIA SCIMONE,

Appellant,

v.

GEORGE STEPHEN LAIB,

Appellee.

No. 2D2024-2367

———————————————

October 24, 2025

Appeal from the Circuit Court for Sarasota County; Hunter W. Carroll, Judge.

Patricia Scimone, pro se.

Scott T. Orsini of The Orsini Law Group, LLC, St. Petersburg, for Appellee.

PER CURIAM.

    Affirmed.

LUCAS, C.J., and MORRIS and ROTHSTEIN-YOUAKIM, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.